UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Hoosick Falls PFOA Cases* | Civil No. 1:19-mc-00018-LEK-DJS |
| | *Holmstedt, et al., v. Saint-Gobain Performance Plastics Corp.*, 1:16-cv-00933 |
| _____/ | |
| | *Bodenstab, et al., v. Saint-Gobain Performance Plastics Corp.*, 1:16-cv-01367 |

## PLAINTIFFS' SARGOOD AND HOLMSTEDT'S NOTICE OF JOINDER

Plaintiffs Margaret Sargood and Douglas Holmstedt, by and through the undersigned counsel, hereby file this Notice of Joinder to the Motion to Exclude Certain Testimony of Defendant's Experts Hennet, Chinkin, Larson, and Schwartz Pursuant to FRE 702 filed by Plaintiffs Joyce Morier and Jay Pokines (ECF No. 180).

DATED: November 14, 2025

                                                     Respectfully,

                                                   By: s/ Patrick J. Lanciotti
                                                   Patrick J. Lanciotti
                                                   Napoli Shkolnik PLLC
                                                   360 Lexington Avenue, 11th Floor
                                                   New York, NY 10017
                                                   (212) 397-1000
                                                   planciotti@napolilaw.com

                                                   *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on November 14, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

                                              /s/ *Patrick J. Lanciotti*
                                              Patrick J. Lanciotti